IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:                                     CASE NO.: 05-22116
STRACENER, EDWARD DALE
    Debtors

## TRANSMITTAL OF UNCLAIMED FUNDS

       RUDY O. YOUNG, Trustee of this estate, reports the following;

       (1) Final distribution has been made in this case on October 26, 2009. Ninety days have passed since final distribution. The creditors listed below in paragraph (2) were mailed distribution checks that either have not been negotiated, or have been returned to the trustee in the mail because the creditor's address of record is no longer valid.

       (2) The names of the parties to whom such distribution checks were issued, the amount of such checks and their last known addresses are:

NAME AND ADDRESS:                             AMOUNT OF UNCLAIMED FUNDS:

Beauregard Clerk of Court                      $     146.10
P. O. Box 100
DeRidder, LA 70634

Beauregard Clerk of Court                              23.68
P.O. Box 100
DeRidder, LA 70634

       (3) All other distribution checks have been negotiated, returned by the bank and are now in the possession of the trustee.

       (4) A check made payable to the Clerk, U. S. Bankruptcy Court, in the amount of $ 169.78  representing the aggregate value of all uncashed checks is attached hereto.

       Signed January 27, 2010, at LAKE CHARLES, LOUISIANA.

                                                      /s/Rudy O. Young
                                                      RUDY O. YOUNG, TRUSTEE